UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

ESA FL PROPERTIES L.L.C
f/k/a BRE/ESA FL PROPERTIES L.L.C.
f/k/a ESA 0869, INC.
and ESA P PORTFOLIO OPERATING
LESSEE LLC,
    Defendant(s).

Case No: 24-cv-60980-DSL

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, ESA FL PROPERTIES L.L.C f/k/a

BRE/ESA FL PROPERTIES L.L.C. f/k/a ESA 0869, INC. and ESA P PORTFOLIO

OPERATING LESSEE LLC, and their respective undersigned counsel, hereby notify the

Court that the Parties have reached a settlement in principle. The Parties are in the

process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Christine F. Gay (FBN: 0025009)
   *Attorney for Defendants*
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
(305) 374-8500
christine.gay@hklaw.com