**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60980-LEIBOWITZ/AUGUSTIN-BIRCH**

**RUDOLPH BETANCOURT**,

      *Plaintiff*,

*v.*

**ESA FL PROPERTIES L.L.C.,** *et al.*,

      *Defendants.*

_____/

## ORDER

The parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  [ECF No. 20].  Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*.  Each party shall bear its own attorneys' fees and costs except as otherwise agreed in writing.  The Clerk of Court is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 8, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record